UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

HARRY PAUL HETT,

    Plaintiff,

v.                                                Case No: 8:25-cv-161-WFJ-AEP

REGIONS BANK and
LORRIE SMELTZER,

    Defendants.
_____/

## ORDER

Before the Court is the United States Magistrate Judge's report recommending that Plaintiff's motion to proceed *in forma pauperis* (Dkt. 8) be denied and Plaintiff's *pro se* amended complaint (Dkt. 12) be dismissed. Dkt. 13. The time for filing objections has passed.

Absent objection, the Court conducts a "careful and complete" review of the report and recommendation. *Williams v. Wainwright*, 681 F.2d 732, 732 (11th Cir. 1982 (*per curiam*) (quotation citation omitted). "Clear error" review applies to portions of the report and recommendation to which no objection is made. *Macort v. Prem, Inc.*, 208 F. App'x 781, 784 (11th Cir. 2006) (*per curiam*) (quotation citation omitted). Legal conclusions are reviewed *de novo* in the absence of an objection. *See LeCroy v. McNeil*, 397 F. App'x 554, 556 (11th Cir. 2010) (citation omitted); *Cooper-Houston v. S. Ry. Co.*, 37 F.3d 603, 604 (11th Cir. 1994). The

Court may accept, reject, or modify, in whole or in part, the Magistrate Judge's report and recommendation. 28 U.S.C. § 636(b)(1); *Williams*, 681 F.2d at 732.

The Magistrate Judge, in a thorough and well-reasoned analysis, found that the amended complaint (Dkt. 12) fails to allege a sufficient basis for either diversity or federal question jurisdiction. Dkt. 13. Plaintiff may not use 42 U.S.C. § 1983 to sue private actors not operating as state actors. This Court does not have the authority to prosecute the fake Harry Paul Hett, Jr., inform the VA about a fraudulent claim, or order the Bank to make an FDIC claim to return his funds. Having conducted a *de novo* and independent review of the file, and for the sound reasons explained in the Report and Recommendation, the Court rules as follows:

1. The Report and Recommendation (Dkt. 13) is adopted, confirmed, and approved in all respects and made a part of this order.

2. Plaintiff's motion to proceed *in forma pauperis* (Dkt. 8) is denied.

3. Plaintiff's amended complaint (Dkt. 12) is dismissed.

4. The Clerk is directed to terminate any pending motions and to close the case.

**DONE** and **ORDERED** in Tampa, Florida on July 7, 2025.

                                                s/*William F. Jung*
                                                **WILLIAM F. JUNG**
                                                **UNITED STATES DISTRICT JUDGE**

**Copies furnished to**:
Plaintiff, *pro se*